# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand and fifteen.

Before:     Ralph K. Winter,
                  *Circuit Judge*.

_____

Chauncey Mahan,

Petitioner-Appellant,                         **ORDER**

     v.                                 Docket No. 15-1238

Roc Nation, LLC, Roc-A-Fella Records, LLC, Shawn Carter, AKA Jay Z,

Respondents-Appellees.
_____

Appellees seek a stay of the briefing schedule (and their briefing deadline) until 35 days after Appellant files an amended brief or pending the amendment of the entire schedule.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

