# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of July, two thousand and fifteen.

Before:     Denny Chin,
                *Circuit Judge*.

_____

Chauncey Mahan,

Petitioner-Appellant,            **ORDER**
                                                    Docket No. 15-1238

v.

Roc Nation, LLC, Roc-A-Fella Records, LLC, Shawn Carter, AKA Jay Z,

Respondents-Appellees.

_____

Appellant moves for leave to file a superseding principal brief so as to incorporate his appeal of the district court's post-judgment order dated July 17, 2015.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant must file the superseding brief by August 17, 2015. Appellees' answering brief is due September 21, 2015. A reply brief, if any, is due October 5, 2015.

                                                    FOR THE COURT:

                                                    Catherine O'Hagan Wolfe,
                                                    Clerk of Court

